UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS PROCESSING COMPANY,

    Plaintiff/Counter-Defendant,

v.

CM&E CALIFORNIA, INC.,
d/b/a CM&E INTERNATIONAL,
JAMES SMART, and JACQUELYN SMART,

    Defendants, Counter-Plaintiffs,
    And Third Party Plaintiffs,

v.

JOHN DOE, ROBERT GRAYSON,
SCOTT HOENSHEID,
and DAVID L. SCOTT,

    Third Party Defendants.
_____/

Case No. 90-70026

HON. GEORGE CARAM STEEH

### ORDER GRANTING MOTION TO RENEW JUDGMENT (#70)

On November 18, 2011, plaintiff filed an ex-parte motion to renew judgment in the above-entitled cause. On December 8, 2011, pursuant to Rule 7.1(f) of the Local Rules of the United States District Court for the Eastern District of Michigan, the court ordered a response deadline and ordered that there will be no oral hearing on this motion. The December 23, 2011 response deadline passed and no response was filed. Accordingly, for the reasons set forth in the motion,

IT IS HEREBY ORDERED that plaintiff's motion to renew judgment is GRANTED and the Second Amended Judgment, entered January 7, 2002, is renewed for an additional ten years. Plaintiff is instructed to serve any parties not receiving electronic notification.

Dated: January 3, 2012

                                              s/George Caram Steeh  
                                              GEORGE CARAM STEEH  
                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Copies of this order were served on the attorneys/parties of record on January 3, 2012, by electronic mail.

                                              s/Josephine Chaffee  
                                              Secretary/Deputy Clerk